UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------

JIMMIE A. MCADAMS, ET AL.,

                Plaintiffs,          20-cv-6861 (JGK)

    - against -                   ORDER

EASTMAN KODAK COMPANY, ET AL.,

                Defendants.
-------------------------------------

JOHN G. KOELTL, District Judge:

    Counsel for Charles Satterwhite, et al., have moved to stay this action or to align the timing of the briefing of the Lead Plaintiff motions with the briefing of similar motions in the related action, Tang v. Eastman Kodak, 20-cv-10462 (D.N.J.). Counsel for the Lead Plaintiff-Movant John McMullen has simply moved to align the briefing schedule with that in the Tang case. Counsel for the plaintiffs, Jimmy and Judy McAdams, oppose a stay, but do not object to aligning the briefing schedule with the schedule in the Tang action.

    The Court will align the briefing schedule for the Lead Plaintiff motions in this case with that in the Tang case. Therefore, the opposition briefs on the Lead Plaintiff motions are due on November 2, 2020. The deadline for any reply briefs is the same as for any similar deadlines in the Tang case.

    The parties represent that the Tang case is the first-filed case. The current case cannot be consolidated with the Tang

case, because they are pending in different districts, unless one of the cases is transferred pursuant to 28 U.S.C. § 1407. There is not yet any motion to transfer either of the cases to the other district, or to dismiss or stay one of the cases in favor of the other pending case, and any such motion is traditionally decided by the court in the first-filed case. Therefore, at this point, it is sufficient to assure that the briefing schedule on the Lead Plaintiff motions in this case is parallel to the briefing schedule in the Tang case.

The Clerk is directed to close Docket Nos. 41 and 45.

SO ORDERED.

Dated:   New York, New York
         October 26, 2020

_____
John G. Koeltl
United States District Judge