USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-19-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMIE MCADAMS, ET AL.,

                Plaintiffs,

20 cv 6861 (JGK)

ORDER

- against -

EASTMAN KODAK COMPANY, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    This action is similar to an earlier filed action in the District of New Jersey, namely Tang v. Eastman Kodak Co., No. 3:20-cv-10462-FLW-ZNQ (D.N.J.). There is a pending motion in the Tang action to transfer that action to this Court. There is also a pending motion in this Court to transfer this action to the District of New Jersey. (ECF, Nos. 49-50).

    The Court will stay this action pending a decision by the court in the District of New Jersey on the pending motion to transfer the Tang action to this Court. This Court defers to the court in the District of New Jersey with the first-filed action to determine where both actions should proceed.

    SO ORDERED.

Dated:    New York, New York
             November 19, 2020

                                                John G. Koeltl
                                     United States District Judge